Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TODD JUVRUD,

        Plaintiffs,

  vs.

RAY KLEIN, INC., dba PROFESSIONAL CREDIT SERVICE.,

        Defendant.

NO. 2:20-CV-01223-JLR

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

NOTE ON MOTION CALENDAR

February 1, 2021

**STIPULATION**

The parties, by and through undersigned counsel, hereby stipulate that this action and all claims and counterclaims herein by any party may be dismissed with prejudice and without an award of fees or costs to any party.

DATED February 1, 2021.

| SESSIONS ISRAEL & SHARTLE, LLC | ANDERSON SANTIAGO, PLLC |
|---|---|
| Attorneys for Defendant | Attorneys for Plaintiff |
| By /s/ Bradley St. Angelo | By /s/ T. Tyler Santiago |
| Bradley St. Angelo, *Attorney Pro Hac Vice* | T. Tyler Santiago, WSBA #46004 |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (2:20-cv-01223-JLR) — 1

Anderson | Santiago
787 Maynard Avenue South
Seattle, WA 98104
(206) 395-2665

## ORDER

This matter having come on for consideration on the foregoing Stipulation of the parties (Dkt. # 15), the Court orders as follows:

ORDERED, ADJUDGED and DECREED that all claims and counterclaims herein are dismissed with prejudice and without an award of fees or costs to any party.

IT IS SO ORDERED.

DATED this 3rd day of February, 2021.

_____
James L. Robart
United States District Court Judge